```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RAMON GARCIA-PANTOJA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-152-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| RAMON GARCIA-PANTOJA, ) | |
| ) | Date:  July 12, 2010 |
| Defendant. ) | Time:  8:30 a.m. |
| _____ ) | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, RAMON GARCIA-PANTOJA, that the status conference hearing date of July 12, 2010 be vacated, and the matter be set for status conference on August 2, 2010 at 8:30 a.m.

This continuance is requested to allow the parties additional time to negotiate a fast-track plea toward resolution of the case as government's counsel will be at NAC the week of the presently scheduled hearing date.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1 this order through and including August 2, 2010 pursuant to 18 U.S.C.
2 §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based
3 upon continuity of counsel and defense preparation.
4 Dated:  July 9, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RAMON GARCIA-PANTOJA

Dated:  July 9, 2010        BENJAMIN WAGNER
                            United States Attorney

/s/ Linda C. Harter for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 2, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  July 12, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation/Order                                             3