DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON GARCIA-PANTOJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-152-WBS |
| Plaintiff, ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) ) | |
| RAMON GARCIA-PANTOJA, ) ) | Date:  August 2, 2010 |
| Defendant. ) | Time:  8:30 a.m. |
| _____ ) | Judge: William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, RAMON GARCIA-PANTOJA, that the status conference hearing date of August 2, 2010 be vacated, and the matter be set for status conference on August 23, 2010 at 8:30 a.m.

   This continuance is requested to allow the parties additional time to negotiate a fast-track plea toward resolution of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 23, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based

1 | upon continuity of counsel and defense preparation.
2 | Dated:   July 29, 2010
3 |                                              Respectfully submitted,
4 |                                              DANIEL J. BRODERICK
  |                                              Federal Defender
5 |
6 |                                              /s/ Linda C. Harter
  |                                              LINDA C. HARTER
7 |                                              Chief Assistant Federal Defender
  |                                              Attorney for Defendant
8 |                                              RAMON GARCIA-PANTOJA
9 |
10 | Dated:   July 29, 2010                      BENJAMIN WAGNER
   |                                              United States Attorney
11 |
12 |
   |                                              /s/ Linda C. Harter for
13 |                                              MICHAEL ANDERSON
   |                                              Assistant U.S. Attorney
14 |                                              Attorney for Plaintiff
15 |
16 |                          **O R D E R**
17 |    **IT IS SO ORDERED.**   Time is excluded from today's date through and
18 | including August 23, 2010 in the interests of justice pursuant to
19 | 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
20 | Code T4.
21 | Dated:   July 30, 2010
22 |
23 |                                      WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
24 |
25 |
26 |
27 |
28 |

Stipulation/Order                              2