BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMON GARCIA-PANTOJA, ) <br> ) <br> Defendant. ) <br> _____) | 2:10-CR-152 GEB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |

This matter was previously assigned to the Honorable Judge William B. Shubb, who accepted the defendant's plea of guilty on September 7, 2010. The defendant was scheduled to be sentenced on November 1, 2010, but the case was ultimately reassigned to this Court before a judgment and sentence were pronounced.

The parties previously requested that this case be placed on the Court's Friday, December 17, 2010 criminal law and motion calendar for sentencing. However, the Ninth Circuit subsequently issued a decision that potentially bears on the guidelines calculations in this case. See United States v. Rivera-Gomez, __ F.3d __, 2010 U.S.

1

App. Lexis 24839 (Dec. 6, 2010).  Accordingly, the parties request additional time to brief this issue, and hereby request that the case be placed on the Court's January 21, 2011 calendar.

Dated: December 13, 2010                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                    By: /s/ Michele Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

                                        Attorney for the Plaintiff
                                        UNITED STATES OF AMERICA

Dated: December 13, 2010                DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant

**ORDER**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is hereby ordered that the judgment and sentencing presently set for December 17, 2010, be continued to January 21, 2011, at 9:00 a.m.

Dated:  December 14, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge