1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RAMON GARCIA-PANTOJA,<br><br>   Defendant. | 2:10-CR-152 GEB<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING |

The parties have met and conferred and hereby stipulate to continue the judgment and sentencing currently set for January 21, 2011 to January 28, 2011.  Additional time is requested to investigate an issue raised by the defendant with respect to his guidelines calculations and to brief a recent Ninth Circuit decision that potentially bears on the guidelines calculations in this case. See United States v. Rivera-Gomez, __ F.3d __, 2010 U.S. App. Lexis 24839 (Dec. 6, 2010).  Accordingly, the parties hereby jointly request that this case be placed on the Court's January 28, 2011 calendar for judgment and sentencing.

1

| | |
|---|---|
| Dated: January 14, 2011 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ Michele Beckwith<br>MICHELE BECKWITH<br>Assistant U.S. Attorney |
| | Attorney for the Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: January 14, 2011 | DANIEL BRODERICK<br>Federal Defender |
| | /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is hereby ordered that the judgment and sentencing presently set for January 21, 2011, be continued to January 28, 2011 at 9:00 a.m.

Dated:   January 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge